

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2022

No. 04-22-00371-CV

Jeanine **BELL** and Sheila Petsch,
Appellants

v.

Darrell **PETSCH**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 16468
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

On July 22, 2022, appellant filed a motion to abate this appeal "to allow the parties to sever a counterclaim and obtain a final judgment from the trial court." We ORDER appellee to file a response to the motion **within ten days from the date of this order.**

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2022.

_____
Michael A. Cruz,
Clerk of Court